DEREK S. DEVERMONT
ATTORNEY AT LAW: 258563
LAW OFFICES OF DEVERMONT AND DEVERMONT
429 SANTA MONICA BLVD. SUITE 210
SANTA MONICA, CALIFORNIA 90401
TEL.: (310) 393-0308 FAX: (310)260-9986
E-MAIL: DEVERMONTLAW@HOTMAIL.COM

Attorneys for Plaintiff
TRASHWAN D. STONUM

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| TRASHAWN D. STONUM,<br><br>    Plaintiff,<br><br>        v.<br><br>MICHAEL J. ASTRUE,<br>Commissioner of Social Security,<br><br>    Defendant.<br>_____ | No. CV 09-0468 AGR<br><br>ORDER AWARDING<br>EQUAL ACCESS TO JUSTICE ACT<br>ATTORNEY FEES PURSUANT TO<br>28 U.S.C. § 2412(D) |

Based upon parties' Stipulation for the Award and Payment of Equal Access to Justice Act Fees, IT IS ORDERED that the Commissioner shall pay to Derek S. Devermont, as Plaintiff's assignee and subject to the reservation of rights, the amount of two thousand dollars and no cents ($2,000.00), as authorized by 28 U.S.C. § 2412(d), subject to the terms of the above- referenced stipulation.

DATED: September 4, 2009

_____
HON. ALICIA G. ROSENBERG
UNITED STATES MAGISTRATE JUDGE

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28